# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2024

*The Court of Appeals hereby passes the following order:*

A25I0053. RAJAN RONNELL CHILDS v. THE STATE.

Rajan Ronnell Childs filed the instant application for interlocutory appeal, challenging the trial court's denial of his motion for discharge and acquittal, filed pursuant to OCGA § 17-7-170. "The denial of a motion for acquittal based on a constitutional speedy trial violation [requires] compliance with the interlocutory appeal procedures. However, the denial of a motion for acquittal on statutory speedy trial grounds is immediately appealable." *Johnson v. State*, 300 Ga. 252, 257 (3) (794 SE2d 60) (2016) (citation and punctuation omitted). See also *Tolbert v. Toole*, 296 Ga. 357, 360 n. 7 (767 SE2d 24) (2014).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Childs shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a notice of appeal, he need not file a second notice.

The clerk of the trial court is DIRECTED to include a copy of this order in the

record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/11/2024__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*